David Ali Chami (SBN 027585)
**PRICE LAW GROUP, APC**
1204 E. Baseline Road Suite 102
Tempe, AZ 85283
T: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com

Attorneys for Plaintiff,
ELENA M. NOGUERO

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ELENA M. NOGUERO, | **Case No.:** 2:14-cv-00330-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| ACCOUNT CONTROL TECHNOLOGY, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff, ELENA M. NOGUERO, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, ACCOUNT CONTROL TECHNOLOGY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this

///

Honorable Court vacate all dates currently set on calendar for this case.

|  | RESPECTFULLY SUBMITTED, |
|---|---|
| DATED:<br>June 26, 2014 | **PRICE LAW GROUP APC** |

By: /s/ David Ali Chami
David Ali Chami, Esq.
Attorney for Plaintiff

NOTICE OF SETTLEMENT