# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elena M. Noguero,<br><br>            Plaintiff,<br><br>v.<br><br>Account Control Technology Incorporated, et al.,<br><br>            Defendants. | No. CV-14-00330-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 19).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 45 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 11, 2014** without further leave of Court.

Dated this 27th day of June, 2014.

/s/ A. Murray Snow

G. Murray Snow
United States District Judge